CROWELL (appellant) v. INSURANCE Co. From Mecklenburg. *Stewart* for plaintiff; *Clarkson & Duls* for defendant. Affirmed.

MCGINN (appellant) v. BANKERS' UNION. From Gaston. *Mangum* for plaintiff; *Mason* for defendant. Affirmed.

HILTON (appellant) v. COTTON MILLS. From Catawba. *Self & Whitener* for plaintiff. Appeal dismissed by consent.

BOST (appellant) v. COTTON MILLS. From Catawba. *Self & Whitener* for plaintiff; *Feimster* and *Cabell* for defendant. Affirmed.

CASE MANUFACTURING Co. v. MOORE (appellant). From Caldwell. *Bower* for plaintiff; *Wakefield* for defendant. Affirmed.

ROBERTS (appellant) v. ROBERTS. From Caldwell. *Bower* for plaintiff; *Newland* for defendant. Affirmed.

STATE v. SHADE (appellant). From Burke. *Attorney-General* for State; *Avery & Ervin* for defendant. No error.

NORTON (appellant) v. RAILROAD. From McDowell. *Avery* for plaintiff; *Ervin* for defendant. Affirmed.

EDLEY (appellant) v. RAILROAD. From Henderson. *Ewbank* for plaintiff ; *Moore & Rollins* for defendant. Affirmed.

BRIDGES (appellant) v. RAILROAD. From Rutherford. *Morrow* and *McRorie* for appellant; *Shaw, Ryburn* and *Shepherd* for appellee. Affirmed.

STATE v. COOK (appellant). From Madison. *Attorney-General* for State; *Lusk* and *Jones* for defendant. No error.

STATE v. SARAH J. LYTLE (appellant). From Buncombe. *Attorney-General* for State ; *Carter* for defendant. No error.